## U.S. Fish and Wildlife Service
## United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | SA31 |
| Violation Number | W0799496 |
| Officer Name (Print) | JOHN RAWLS |
| Officer No. | SA0686 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 09/10/2016 |
| Offense Charged | 16 U.S.C. 704(b)(2) |
| Place of Offense | MARENGO COUNTY, ALABAMA |

**Offense Description: Factual Basis for Charge**

Place or direct the placement of bait on or adjacent to an area for the purpose of causing, inducing, or allowing any person to take or attempt to take any migratory game bird by the aid of baiting on or over the baited area.

**DEFENDANT INFORMATION**

| Field | Value |
|---|---|
| Last Name | BISHOP |
| First Name | WILLIAM |
| M.I. | J |
| Street Address | 101 GATES DRIVE |
| City | THOMASVILLE |
| State | AL |
| Zip Code | 36784 |
| Date of Birth | 10/12/1959 |
| Drivers License No. | 3870522 |
| D.L. State | AL |
| Adult | ✓ |
| Sex | Male ✓ |
| Hair | BRO |
| Eyes | BRO |
| Height | 600 |
| Weight | 200 |

**VEHICLE** VIN:

A ✓ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. COURTHOUSE, ALABAMA & LAUDERDALE STREETS, SELMA, AL 36701

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

---

**STATEMENT OF PROBABLE CAUSE**
(For Issuance of an arrest warrant or summons)

I state that on September 10, 2016 while exercising my duties as a law enforcement officer in the SOUTHERN District of ALABAMA

WILLIAM J. BISHOP did unlawfully place or direct the placement of bait on or adjacent to an area for the purpose of causing, inducing, or allowing any person to take or attempt to take any migratory game bird by the aid of baiting on or over the baited area. On 09/10/16, while exercising their duties as law enforcement officers in the Southern District of Alabama, Alabama Conservation Enforcement Officers (CEO) Lt. Don Reaves, Sgt. Joe Goddard, CEO Will Phillips, and CEO Curt Porter apprehended nine (9) subjects hunting mourning dove on a hay field baited with wheat in Marengo County, Alabama. SGT. Goddard made contact with BISHOP who hosted the hunt, and he admitted he prepared the field. BISHOP said he used a tractor to broadcast wheat on the field multiple times before the hunt; the last time was 9/8/2016. He said he disked the center of the field and planted it with wheat, but he had recently turned it over. Special Agent John Rawls, SGT. Goddard, and CEO Porter conducted further investigation of the field on 9/11/2016. Investigation established the field was mostly baited with wheat; however, there was notable amounts of sorghum and sunflower seeds on the western portions of the field. A small, sparsely wooded area north northeast of the baited area was baited with wheat in the same manner as the large field. This in violation of the Migratory Bird Treaty Act, 16 USC 704(b)(2).

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/14/2017 _____ Officer's Signature
            Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
            Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB SCAN MAR 20, 2017 14:04

## U.S. Fish and Wildlife Service
## United States District Court
## Violation Notice

**CVB Location Code:** SA31

**Violation Number:** W0799497
**Officer Name (Print):** JOHN RAWLS
**Officer No.:** SA0686

W0799497

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 09/10/2016
**Offense Charged:** ☑ CFR ☑ USC ☐ State Code
16 USC 704(b)(1); 50 CFR 20.21(i)

**Place of Offense:** MARENGO COUNTY, ALABAMA

**Offense Description: Factual Basis for Charge:** HAZMAT ☐
Did take migratory game birds by the aid of baiting, or on or over any baited area; to wit wheat, sorghum, and sunflowers.

### DEFENDANT INFORMATION
**Phone:** ( )
**Last Name:** BISHOP
**First Name:** WILLIAM
**M.I.:** J
**Street Address:** 101 GATES DRIVE
**City:** THOMASVILLE
**State:** AL
**Zip Code:** 36784
**Date of Birth:** 10/12/1959
**Drivers License No.:** 3870522
**CDL:** ☐
**D.L. State:** AL
**Social Security No.:**

☑ Adult ☐ Juvenile  **Sex:** ☑ Male ☐ Female
**Hair:** BRO  **Eyes:** BRO  **Height:** 600  **Weight:** 200

**VEHICLE  VIN:**
**Tag No.** | **State** | **Year** | **Make/Model** | **PASS** ☐ | **Color**   CMV ☐

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** U.S. COURTHOUSE, ALABAMA & LAUDERDALE STREETS, SELMA, AL 36701
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 10, 2016 while exercising my duties as a law enforcement officer in the SOUTHERN District of ALABAMA

William J. BISHOP took migratory game birds; to wit mourning doves by the aid of baiting, or on or over a baited area, and knew or reasonably should have known the area was a baited area. On 09/10/16, while exercising their duties as law enforcement officers in the Southern District of Alabama, Alabama Conservation Enforcement Officers (CEO) Lt. Don Reaves, Sgt. Joe Goddard, CEO Will Phillips, and CEO Curt Porter apprehended nine (9) subjects hunting mourning dove on a hay field baited with wheat in Marengo County, Alabama. Investigation established the bait was easily discoverable by anyone wishing to know if the field was baited. Special Agent John Rawls, SGT. Goddard, and CEO Porter conducted further investigation of the field on 9/11/2016. Investigation established the field was mostly baited with wheat; however, there was notable amounts of sorghum and sunflower seeds on the western portions of the field. A small, sparsely wooded area north northeast of the baited area was baited with wheat in the same manner as the large field. Investigation confirmed the bait was easily discoverable by those desiring to know if the field was baited. This in violation of the Migratory Bird Treaty Act, 16 USC 704(b)(1); 50 CFR 20.21(i).

CVB SCAN MAR 20, 2017 14:04

The foregoing statement is based upon:
☑ my personal observation    ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/14/2017
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge